**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **ANTHONY SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 1:12-cv-00368—DML-RLY |
| | ) | |
| v. | ) | |
| | ) | **Magistrate Judge Lynch** |
| **NORTHSTAR LOCATION SERVICES, LLC.,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Plaintiff, ANTHONY SMITH, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing the terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. The parties specifically request that the Telephonic Status Conference date of September 21, 2012 be stricken.

4. The parties shall file a stipulation of dismissal with prejudice forthwith.

                                                              Respectfully submitted,
                                                              **ANTHONY SMITH**

                                       By:    s/ David M. Marco
                                                           Attorney for Plaintiff

Dated: September 10, 2012

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:  (312) 546-6539
Facsimile:   (888) 418-1277
E-Mail:      dmarco@smithmarco.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **ANTHONY SMITH,** | ) | |
| | ) | |
| Plaintiff, | ) | 1:12-cv-00368—DML-RLY |
| | ) | |
| v. | ) | |
| | ) | **Magistrate Judge Lynch** |
| **NORTHSTAR LOCATION SERVICES, LLC,** | ) ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

**To:**  Todd A. Rossman
Louise Kirk
LeClairRyan
One Riverfront Plaza
1037 Raymond Boulevard, Sixteenth Floor
Newark, NJ 07102

I, David M. Marco, an attorney, certify that on **September 10, 2012**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, Suite 2940, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

|     |                    |     |           |
|-----|--------------------|-----|-----------|
| ___ | U.S. Mail          | ___ | Facsimile |
| ___ | Messenger Delivery | ___ | Email     |
| ___ | Federal Express/UPS| _X_ | ECF       |

By:  s/ David M. Marco
Attorney for Plaintiff

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:  (312) 546-6539
Facsimile:  (888) 418-1277
E-Mail:  dmarco@smithmarco.com