IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANTHONY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | 1:12-cv-00368—DML-RLY |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Lynch |
| NORTHSTAR LOCATION SERVICES, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT**

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** October 5, 2012

| For Plaintiff, | For Defendant, |
|---|---|
| **Anthony Smith** | **Northstar Location Services, LLC.** |
| /s Larry P. Smith | s/ with consent Todd A. Rossman |
| SMITHMARCO, P.C. | LeClairRyan |
| 205 N. Michigan Ave., Suite 2940 | One Riverfront Plaza |
| Chicago, Illinois 60601 | 1037 Raymond Boulevard, Sixteenth Floor |
| **Telephone:** (312) 324-3532 | Newark, NJ 07102 |
| **Facsimile:** (888) 418-1277 | Telephone: (973) 491-3328 |
| **E-mail:** lsmith@smithmarco.com | Facsimile: (973) 491-3428 |
| | E-Mail: Todd.Rossman@leclairryan.com |

1